Ryan Lee (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| BRYON HOWARD, | **Case No.: CV11-01825** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| MONARCH RECOVERY MANAGEMENT, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, BRYON HOWARD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 4, 2011           KROHN & MOSS, LTD.

By: /s/ Ryan Lee                              
       Ryan Lee
       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 4, 2011, I served the following via FIRST CLASS MAIL:

Monarch Recovery Management
10965 Decatur Road
Philadelphia, PA 19154


By:  /s/ Ryan Lee       _
    Ryan Lee