# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER - REOPENING/CLOSING

Case No. **CV11-1825  CBM**              Date: **May 12, 2011**
Title: Bryon Howard vs Monarch Recovery Management, Inc.

==========================================

**PRESENT:**

      HONORABLE   **CONSUELO B. MARSHALL** , DISTRICT JUDGE

| **Joseph M. Levario** | **not reported** |
|---|---|
| **COURTROOM DEPUTY CLERKS** | **COURT RECORDER** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| not present | not present |

**PROCEEDINGS:**   Minute Order (In Chambers/Off the Record)

  other: remove case from the active caseload pending further order of Court.

\_\_Reopen Case Make JS-5

\_Case should have been closed on
x\_ Case settled but may be reopened if settlement is not consummated within 30 days. The Court retains jurisdiction over this action. (JS-6)

                                          Initials of Deputy Clerk \_JL\_